# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| ELKIN CACERES GARAY, § § § *Petitioner*, § § v. § § KRISTI NOEM, SECRETARY, U.S. § DEPARTMENT OF HOMELAND § SECURITY, and MARY DE ANDA § YBARRA, FIELD OFFICE § DIRECTOR, EL PASO FIELD § OFFICE, IMMIGRATION AND § CUSTOMS ENFORCEMENT, § § *Respondents*. § | No. 3:25-CV-00589-LS |

## ORDER DISMISSING CASE

Upon consideration of Petitioner's Notice of Voluntary Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 17, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 5.